ESTATE of A. Frank SELTZER, Deceased, Louise K. Seltzer, as Executrix, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 10791.

United States Court of Appeals
Sixth Circuit.

April 22, 1949.

Harold K. Bell, Cleveland, Ohio, for petitioner.

Theron L. Caudle, Charles Oliphant, Washington, D. C., for appellee.

Before HICKS, Chief Judge, and ALLEN and MILLER, Circuit Judges.

PER CURIAM.

This cause was considered by the court on the record, briefs, and oral argument of counsel for respective parties; and the court being of the opinion that the issue presented was correctly decided by the Tax Court for the reasons stated in its opinion, Estate of Frank Seltzer, Deceased, 10 T.C. 810; it is ordered that the judgment of the Tax Court be and is affirmed.

PER CURIAM.

Order of National Labor Relations Board enforced, on stipulation of parties filed with Board, and petition for enforcement.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. LINGLE REFRIGERATOR CO., Inc.

No. 13929.

United States Court of Appeals
Eighth Circuit.

April 18, 1949.

David P. Findling, General Counsel, National Labor Relations Board, and A. Norman Somers, Assistant General Counsel National Labor Relations Board, Washington, D. C., for petitioner.

Will H. Hargus, Harrisonville, Mo., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on stipulation of parties filed with Board, and petition for enforcement.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. BOLAND MANUFACTURING COMPANY.

No. 13940.

United States Court of Appeals
Eighth Circuit.

April 19, 1949.

David P. Findling, General Counsel, National Labor Relations Board, and A. Norman Somers, Assistant General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

James W. Cotter, Chicago, Ill., for respondent.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. WEBSTER CO–OPERATIVE DAIRY ASSOCIATION.

No. 13943.

United States Court of Appeals
Eighth Circuit.

April 19, 1949.

David P. Findling, General Counsel, National Labor Relations Board, and A. Norman Somers, Assistant General Counsel National Labor Relations Board, Washington, D. C., for petitioner.

Sullivan & Sharood, St. Paul, Minn., for respondent.